| AO 435 (Rev. 10/23) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | Fiscal Year 10/1/2024 to 10/1/2025 **TRANSCRIPT ORDER** | | DUE DATE: |

| 1. NAME<br>Mac Caille Petursson | 2. PHONE NUMBER<br>(907) 271-5071 | 3. DATE<br>11/17/2025 | |
|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL<br>222 W. 7th Avenue, #9, Room 253 | 5. CITY<br>Anchorage | 6. STATE<br>AK | 7. ZIP CODE<br>99513 |
| 8. CASE NUMBER<br>3:25-cr-00003 | 9. JUDGE<br>Hon. Sharon L. Gleason | DATES OF PROCEEDINGS | |
| | | 10. FROM 11/12/2025 | 11. TO 11/12/2025 |
| 12. CASE NAME<br>U.S. v. Anthaney O'Connor | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Anchorage | 14. STATE AK |

### 15. ORDER FOR

| ☐ APPEAL | ☒ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER |

### 16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify)<br>Sentencing/ Status Conference | November 12, 2025 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | $4.40 ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | $5.10 ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | $5.85 ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | $6.55 ☐ | ☐ | NO. OF COPIES | | |
| Next-Day | $7.30 ☒ | ☐ | NO. OF COPIES | | |
| 2-Hour | $8.70 ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | $3.70 ☐ | ☐ | | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>s/ Mac Caille Petursson | PROCESSED BY | |
| 19. DATE<br>11/17/2025 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY